## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK DIVISION

IN RE:                                             Case No. 19-23159-VFP
                                                   Chapter 13
SEAN LEWIS

Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

**Bank of America, N.A.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven Kelly, Esquire**
**Stern & Eisenberg, PC**
**1040 N. Kings Highway, Suite 407**
**Cherry Hill, NJ 08034**

By:       _/s/  Steven Kelly, Esquire_
Steven Kelly, Esquire,
Bar No:  010032010
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034
Phone: (609) 397-9200
Fax: (856) 667-1456
skelly@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 3rd day of September, 2019, to the following:

Nicholas Fitzgerald
Fitzgerald & Crouch
649 Newark Avenue
Jersey City, NJ 07306
nickfitz.law@gmail.com
***Attorney for Debtor(s)***

Marie-Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004
mag@magtrustee.com
***Chapter 13 Trustee***

US Trustee
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Sean Lewis
160 Virginia Avenue
Jersey City, NJ 07305
***Debtor(s)***

By: *   /s/Steven Kelly, Esquire   *