UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
James J. Fitzpatrick, Esq.,/JF7028
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

Case No.: 19-23159
Chapter: 13

In Re:
Sean Lewis

Adv. No.:
Hearing Date:
Judge: Papalia

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __James J. Fitzgerald, Esq.__, who represents __Sean Lewis__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __September 30, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __September 30, 2019__

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sean Lewis<br>160 Virginia Avenue<br>Jersey City, NJ 07305 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Bank National Association<br>KML Law Group PC<br>216 Haddon Avenue<br>Westmont, NJ 08108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

ACCU Reference Medical Lab
1901 East Linden Avenue
Linden, NJ 07036

(518336449)
(cr)

Advocare Total Care Pediatrics
IC System Inc
P.O. Box 64378
St. Paul, MN 55164

(518336450)
(cr)

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(518430915)
(cr)

Capital Bank
Attn: Bankruptcy
1 Church St. # 300
Rockville, MD 20850

(518336451)
(cr)

CarePoint Health - Physican GSHA
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

(518458154)
(cr)

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

(518422988)
(cr)

Cavalry Spv LLC
Bankruptcy Department
500 Summit Lake Drive Suite 400
Valhalla, NY 10595

(518336452)
(cr)

Chrysler Capital/Santander Consumer
PO Box 961245
Fort Worth, TX 76161

(518336453)
(cr)

Credence
17000 Dallas Parkway
Suite 204
Dallas, TX 75248

(518336454)
(cr)

Credit Collection Services
725 Canton Street
Norwood, MA 02062

(518336455)
(cr)

Credit One Bank
Attn: Bankruptcy Department

(518336456)
(cr)

| | |
|---|---|
| Po Box 98873<br>Las Vegas, NV 89193 | |
| **Deutsche Bank National Trust Company**<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | (518457311)<br>(cr) |
| **Deville Mgmt**<br>Attn: Bankruptcy<br>Po Box 1987<br>Colleyville, TX 76034 | (518336457)<br>(cr) |
| **FedLoan Servicing**<br>Attn: Bankruptcy<br>Po Box 69184<br>Harrisburg, PA 17106 | (518336458)<br>(cr) |
| **First Credit Services**<br>Attn: Bankruptcy<br>Po Box 55 3 Sciles Ave<br>Piscataway, NJ 08855 | (518336459)<br>(cr) |
| **Herman McKinney**<br>111 Mallory Avenue<br>Unit 7<br>Jersey City, NJ 07304 | (518341162)<br>(cr) |
| **High Point Insurance**<br>PO Box 900<br>Lincroft, NJ 07738 | (518336460)<br>(cr) |
| **High Point Safety Ins**<br>Credit Collection Svc<br>PO Box 773<br>Needham Heights, MA 02494 | (518336461)<br>(cr) |
| **Jersey City Medical Center**<br>355 Grand Street<br>Jersey City, NJ 07302 | (518336462)<br>(cr) |
| **KML Law Group PC**<br>Attorneys At Law<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | (518336463)<br>(cr) |
| **Liberty Savings FCU**<br>PO Box 37603<br>Philadelphia, PA 19101 | (518336464)<br>(cr) |
| **LVNV Funding**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | (518336465)<br>(cr) |
| **LVNV Funding, LLC**<br>Resurgent Capital Services | (518448773)<br>(cr) |

PO Box 10587
Greenville, SC 29603-0587

**Midland Mortgage/Midfirst**
Attn: Customer Service/Bankruptcy
Po Box 26648
Oklahoma City, OK 73216

(518336466)
(cr)

**Quality Asset Recovery**
Attn: Bankruptcy
PO Box 239
Gibbsboro, NJ 08026

(518336467)
(cr)

**Quality Asset Recovery**
PO Box 239
Gibbsboro, NJ 08026

(518336468)
(cr)

**Real Time Resolutions**
PO Box 840923
Dallas, TX 75284

(518336469)
(cr)

**Real Time Resolutions, Inc.**
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-4029

(518417004)
(cr)

**Retro Fitness**
1st Card Services
PO Box 55
3 Sciles Avenue
Piscataway, NJ 08855

(518336470)
(cr)

**Second Look Inc**
Edward Morris
1393 Vetern Hwy, Ste 200S
Hauppauge, NY 11788

(518336471)
(cr)

**Select Portfolio Servicing, Inc**
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

(518336472)
(cr)

**T Mobile/T-Mobile USA Inc**
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

(518348258)
(cr)

**T-Mobile**
Bankruptcy Department
PO Box 53410
Bellevue, WA 98015

(518336473)
(cr)

**Tbom/total Crd**
5109 S Broadband Ln
Sioux Falls, SD 57108

(518336474)
(cr)

**U.S. Bank National Association as trustee on behal**
999 Northwest Grand Boulevard
Oklahoma City, OK 73118

(518456745)
(cr)