Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23159−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sean Lewis
   160 Virginia Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−2509

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/4/19 and a confirmation hearing on such Plan has been scheduled for 9/5/19.

The debtor filed a Modified Plan on 9/27/19 and a confirmation hearing on the Modified Plan is scheduled for 10/17/19 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 30, 2019
JAN: wdh

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                          Case No. 19-23159-VFP
Sean Lewis                                                      Chapter 13
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin              Page 1 of 2         Date Rcvd: Sep 30, 2019
                            Form ID: 186             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db            +Sean Lewis,    160 Virginia Avenue,    Jersey City, NJ 07304-1419
cr            +Bank of America, N.A.,    c/o Stern & Eisenberg,    1040 N. Kings Highway, Suite 407,
                Cherry Hill, NJ 08034-1925
518336449     +ACCU Reference Medical Lab,    1901 East Linden Avenue,    Linden, NJ 07036-1114
518336450     +Advocare Total Care Pediatrics,    IC System Inc,    P.O. Box 64378,    St. Paul, MN 55164-0378
518430915      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
518336451     +Capital Bank,    Attn: Bankruptcy,    1 Church St. # 300,    Rockville, MD 20850-4190
518336453     +Chrysler Capital/Santander Consumer,    PO Box 961245,    Fort Worth, TX 76161-0244
518336457     +Deville Mgmt,    Attn: Bankruptcy,    Po Box 1987,    Colleyville, TX 76034-1987
518336458     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
518336459     +First Credit Services,    Attn: Bankruptcy,    Po Box 55  3 Sciles Ave,
                Piscataway, NJ 08855-0055
518341162     +Herman McKinney,    111 Mallory Avenue,    Unit 7,    Jersey City, NJ 07304-1036
518336460     +High Point Insurance,    PO Box 900,    Lincroft, NJ 07738-0900
518336461     +High Point Safety Ins,    Credit Collection Svc,    PO Box 773,    Needham Heights, MA 02494-0918
518336463     +KML Law Group PC,    Attorneys At Law,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518336464     +Liberty Savings FCU,    PO Box 37603,    Philadelphia, PA 19101-0603
518336466     +Midland Mortgage/Midfirst,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                Oklahoma City, OK 73126-0648
518336468     +Quality Asset Recovery,    PO Box 239,    Gibbsboro, NJ 08026-0239
518336467     +Quality Asset Recovery,    Attn: Bankruptcy,    PO Box 239,    Gibbsboro, NJ 08026-0239
518336469     +Real Time Resolutions,    PO Box 840923,    Dallas, TX 75284-0923
518336470     +Retro Fitness,    1st Card Services,    PO Box 55,    3 Sciles Avenue,    Piscataway, NJ 08855-7200
518336474     +Tbom/total Crd,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
518456745     +U.S. Bank National Association as trustee on behal,    999 Northwest Grand Boulevard,
                Oklahoma City, OK 73118-6051
518336475      US Bank National Association,    KML Law Group PC,    216 Haddon Avenue,    Westmont, NJ 08108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2019 01:38:54      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2019 01:38:50      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518458154     +E-mail/Text: bncmail@w-legal.com Oct 01 2019 01:39:02      CarePoint Health - Physican GSHA,
                C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518422988     +E-mail/Text: bankruptcy@cavps.com Oct 01 2019 01:39:11      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518336452     +E-mail/Text: bankruptcy@cavps.com Oct 01 2019 01:39:11      Cavalry Spv LLC,
                Bankruptcy Department,    500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2321
518336454     +E-mail/Text: bankruptcy@credencerm.com Oct 01 2019 01:39:24      Credence,
                17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
518336455     +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 01 2019 01:39:34
                Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518336456     +E-mail/PDF: creditonebknotifications@resurgent.com Oct 01 2019 01:42:42      Credit One Bank,
                Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518457311      E-mail/Text: jennifer.chacon@spservicing.com Oct 01 2019 01:39:40
                Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
518336462     +E-mail/Text: ebn@rwjbh.org Oct 01 2019 01:39:13      Jersey City Medical Center,
                355 Grand Street,    Jersey City, NJ 07302-4321
518336465     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 01 2019 01:43:30      LVNV Funding,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518417004      E-mail/Text: bkdepartment@rtresolutions.com Oct 01 2019 01:39:03
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
518336472     +E-mail/Text: jennifer.chacon@spservicing.com Oct 01 2019 01:39:40
                Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                Salt Lake City, UT 84165-0250
518336473      E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Oct 01 2019 01:43:04      T-Mobile,
                Bankruptcy Department,    PO Box 53410,    Bellevue, WA 98015
518348258     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 01 2019 01:54:13      T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518448773*       LVNV Funding, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Sep 30, 2019
                              Form ID: 186             Total Noticed: 38

518336471     ##+Second Look Inc,    Edward Morris,   1393 Vetern Hwy, Ste 200S,    Hauppauge, NY 11788-3066
                                                                                           TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
```
              Brandon   Accardi    on behalf of Creditor    Bank of America, N.A. baccardi@sterneisenberg.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
               the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series
               2006-H dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Debtor Sean   Lewis nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas  Fitzgerald    on behalf of Debtor Sean   Lewis nickfitz.law@gmail.com
              Steven P. Kelly    on behalf of Creditor    Bank of America, N.A. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```