UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ELIAS ABILHEIRA, ESQ.,
Abilheira & Associates, P.C.,
42 East Main Street - Suite 303
Freehold, New Jersey 07728
732-866-1883
Attorneys for Creditor
Liberty Savings Federal Credit Union

In Re:

SEAN LEWIS

DEBTOR

Case No.: 19-23159

Chapter: 13

Judge: VFP

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Liberty Savings FCU___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 42 East Main Street, Suite 303, Freehold, New Jersey 07728

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 10/3/19

_____
Signature

new.8/1/15