UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Sean Lewis

Case No.: 19-23159
Chapter: 13
Adv. No.:
Hearing Date: 11/07/2019
Judge: Papalia

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Sean Lewis__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __October 22, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan and
   Notice of Modification of Chapter 13 Plan Prior to Confirmation; Fixing Times to Reject Plan, Combined with Notice Thereof

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __October 22, 2019__

Signature: _[signed]_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sean Lewis<br>160 Virginia Avenue<br>Jersey City, NJ 07305 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin G. McDonald, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Attorneys for MidFirst Bank | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven Kelly, Esquire<br>Stern & Eisenberg, PC<br>1040 N. Kings Highway, Suite 407<br>Cherry Hill, NJ 08034<br>Attorneys for Bank of America | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elias Abilheira, Esq.<br>Ahilheira & Asociates, P.C.<br>42 East Main Street, Suite 303<br>Freehold, NJ 07728<br>Attorneys for Liberty Savings Federal Credit Union | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Credence<br>17000 Dallas Parkway<br>Suite 204<br>Dallas, TX 75248 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

# Creditors

ACCU Reference Medical Lab
1901 East Linden Avenue
Linden, NJ 07036
(518336449)
(cr)

Advocare Total Care Pediatrics
IC System Inc
P.O. Box 64378
St. Paul, MN 55164
(518336450)
(cr)

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701
(518430915)
(cr)

Attorney General
United States Department
of Justic
Ben Franklin Station
PO Box 683
Washington, DC 20044
(518509051)
(cr)

Capital Bank
Attn: Bankruptcy
1 Church St. # 300
Rockville, MD 20850
(518336451)
(cr)

CarePoint Health - Physican GSHA
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121
(518458154)
(cr)

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595
(518422988)
(cr)

Cavalry Spv LLC
Bankruptcy Department
500 Summit Lake Drive Suite 400
Valhalla, NY 10595
(518336452)
(cr)

Chrysler Capital/Santander Consumer
PO Box 961245
Fort Worth, TX 76161
(518336453)
(cr)

Suite 204
Dallas, TX 75248

**Credit Collection Services**  (518336455)
725 Canton Street  (cr)
Norwood, MA 02062

**Credit One Bank**  (518336456)
Attn: Bankruptcy Department  (cr)
Po Box 98873
Las Vegas, NV 89193

**Department of Treasury**  (518499484)
Internal Revenue Service  (cr)
P O Box 7346
Philadelphia, PA 19101

**Deutsche Bank National Trust Company**  (518457311)
c/o Select Portfolio Servicing, Inc.  (cr)
P.O. Box 65250
Salt Lake City, UT 84165-0250

**Deville Mgmt**  (518336457)
Attn: Bankruptcy  (cr)
Po Box 1987
Colleyville, TX 76034

**FedLoan Servicing**  (518336458)
Attn: Bankruptcy  (cr)
Po Box 69184
Harrisburg, PA 17106

**First Credit Services**  (518336459)
Attn: Bankruptcy  (cr)
Po Box 55 3 Sciles Ave
Piscataway, NJ 08855

**Herman McKinney**  (518341162)
111 Mallory Avenue  (cr)
Unit 7
Jersey City, NJ 07304

**High Point Insurance**  (518336460)
PO Box 900  (cr)
Lincroft, NJ 07738

**High Point Safety Ins**  (518336461)
Credit Collection Svc  (cr)
PO Box 773
Needham Heights, MA 02494

**Internal Revenue Service**  (518509054)
PO Box 7346  (cr)
Philadelphia, PA 19101-7346

**Internal Revenue Service**  (518509052)
District Counsel  (cr)

One Newark Center, Suite 1500
Newark, NJ 07102-5224

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

(518509048)
(cr)

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114

(518509053)
(cr)

**Jersey City Medical Center**
355 Grand Street
Jersey City, NJ 07302

(518336462)
(cr)

**KML Law Group PC**
Attorneys At Law
216 Haddon Avenue, Suite 406
Westmont, NJ 08108

(518336463)
(cr)

**Liberty Savings FCU**
PO Box 37603
Philadelphia, PA 19101

(518336464)
(cr)

**Liberty Savings FCU**
666 Newark Avenue
Jersey City, New Jersey 07306

(518495197)
(cr)

**LVNV Funding**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

(518336465)
(cr)

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(518448773)
(cr)

**Midland Mortgage/Midfirst**
Attn: Customer Service/Bankruptcy
Po Box 26648
Oklahoma City, OK 73216

(518336466)
(cr)

**Performant Recovery Inc**
PO Box 9045
Pleasanton, CA 94566

(518509050)
(cr)

**Quality Asset Recovery**
PO Box 239
Gibbsboro, NJ 08026

(518336468)
(cr)

**Quality Asset Recovery**
Attn: Bankruptcy
PO Box 239
Gibbsboro, NJ 08026

(518336467)
(cr)

**Real Time Resolutions**

(518336469)

PO Box 840923  
Dallas, TX 75284  
(cr)

**Real Time Resolutions, Inc.**  
1349 Empire Central Drive, Suite #150  
Dallas, Texas 75247-4029  
(518417004) (cr)

**Retro Fitness**  
1st Card Services  
PO Box 55  
3 Sciles Avenue  
Piscataway, NJ 08855  
(518336470) (cr)

**Second Look Inc**  
Edward Morris  
1393 Vetern Hwy, Ste 200S  
Hauppauge, NY 11788  
(518336471) (cr)

**Select Portfolio Servicing, Inc**  
Attn: Bankruptcy  
Po Box 65250  
Salt Lake City, UT 84165  
(518336472) (cr)

**State of New Jersey**  
PO Box 245  
Trenton, NJ 08695  
(518509049) (cr)

**State of New Jersey**  
PO Box 445  
Trenton, NJ 08646  
(518509055) (cr)

**T Mobile/T-Mobile USA Inc**  
by American InfoSource as agent  
4515 N Santa Fe Ave  
Oklahoma City, OK 73118  
(518348258) (cr)

**T-Mobile**  
Bankruptcy Department  
PO Box 53410  
Bellevue, WA 98015  
(518336473) (cr)

**Tbom/total Crd**  
5109 S Broadband Ln  
Sioux Falls, SD 57108  
(518336474) (cr)

**U.S. Bank National Association** as trustee on behal  
999 Northwest Grand Boulevard  
Oklahoma City, OK 73118  
(518456745) (cr)

**US Bank National Association**  
KML Law Group PC  
216 Haddon Avenue  
Westmont, NJ 08108  
(518336475) (cr)

| PACER Service Center |
|---|
| Transaction Receipt |