| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Brandon Accardi, Esq.<br>COUNSEL FOR CREDITOR<br>baccardi@sterneisenberg.com<br>Stern & Eisenberg, PC<br>1040 N. Kings Highway, Suite 407<br>Cherry Hill, NJ 08034<br>Telephone: (609) 397-9200<br>Facsimile: (856) 667-1456 |
| In Re:<br><br>See Attached List |

Case No.: See Attached List

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that William E. Miller Esq. will be substituted as attorney of record for Brandon Accardi, Esq. Attorney for Creditor in the attached list of cases.

Date: 10/24/2019  /s/ Brandon Accardi, Esq.
Signature of Former Attorney

Date: 10/24/2019  /s/ William E. Miller, Esq.
Signature of Substituted Attorney

# Select a Case

**There was 1 matching person.**

**There were 42 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Accardi, Brandon (aty) (42 cases) | 14-34832-ABA | John Jenkins and Marcia Downer-Jenkins | 13 | 12/09/14 | N / A | N / A |
| | 15-14638-JNP | Valerie Phillips | 13 | 03/17/15 | N / A | N / A |
| | 15-32658-ABA | Christine Korbal | 13 | 12/01/15 | N / A | N / A |
| | 16-17236-JNP | Kimberly A. Hall | 13 | 04/14/16 | N / A | N / A |
| | 16-17471-ABA | Barry Wallace | 13 | 04/18/16 | N / A | N / A |
| | 16-17782-MBK | William H Maass and Jeanne O Maass | 13 | 04/22/16 | N / A | N / A |
| | 16-23160-JNP | Mary Ellen Kelly | 13 | 07/08/16 | N / A | N / A |
| | 16-24378-JNP | Harold E. Harmon and Marie E. Harmon | 13 | 07/27/16 | N / A | N / A |
| | 16-26939-MBK | Marcus O. Floyd | 13 | 09/01/16 | N / A | N / A |
| | 17-22942-ABA | Steven M. Newman and Diana B. Newman | 13 | 06/25/17 | N / A | N / A |
| | 17-23548-JNP | Daniel I. Hawk | 13 | 07/02/17 | N / A | N / A |
| | 17-34749-MBK | Jennifer Peterson | 13 | 12/08/17 | N / A | N / A |
| | 17-35441-ABA | Joseph A. Preston and Lillian A. Preston | 13 | 12/19/17 | N / A | N / A |
| | 18-10848-JNP | Regina E. Casella | 13 | 01/15/18 | N / A | N / A |
| | 18-16578-JNP | Patricia A. Fabrizio | 7 | 04/03/18 | N / A | N / A |
| | 18-18480-JNP | Richard S. Ruck and Denise R. Ruck | 13 | 04/27/18 | N / A | N / A |
| | 18-24945-JNP | Michael Daub and Jessica K. Daub | 13 | 07/27/18 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 18-27700-ABA | Kevin M. Faust | 13 | 09/04/18 | N / A | N / A |
| 18-28608-ABA | Carlos Benvennutti, Jr and Vernice L Tolliver-Benvennutti | 13 | 09/18/18 | N / A | N / A |
| 18-31953-ABA | Shameah R. Lay | 13 | 11/03/18 | N / A | N / A |
| 18-35219-JNP | Jeffrey W. Winter | 13 | 12/28/18 | N / A | N / A |
| 19-10654-JNP | Cesar Palma-Bautista | 13 | 01/10/19 | N / A | N / A |
| 19-15684-JNP | Jeffrey W. Pierce and Barbara A. Pierce | 13 | 03/20/19 | N / A | N / A |
| 19-17762-JNP | James H. Luscombe and Anne R. Scocca-Luscombe | 13 | 04/16/19 | N / A | N / A |
| 19-18085-ABA | Steven R. Capra | 13 | 04/22/19 | N / A | N / A |
| 19-18757-ABA | George W. McCullough, III | 13 | 04/30/19 | N / A | N / A |
| 19-19026-JNP | Tomeeka L. Collins | 13 | 05/02/19 | N / A | N / A |
| 19-20932-JNP | Mark J. Schwartz and Betty Ann Schwartz | 7 | 05/31/19 | N / A | N / A |
| 19-23159-VFP | Sean Lewis | 13 | 07/04/19 | N / A | N / A |
| 19-23464-ABA | Steve Staab, Jr. | 7 | 07/10/19 | N / A | N / A |
| 19-23917-ABA | Samuel M. Rosenfeld | 7 | 07/17/19 | N / A | N / A |
| 19-24951-JNP | Nicole E. Statesman | 13 | 08/01/19 | N / A | N / A |
| 19-25019-JNP | Eugene Fredrick Hammel, Jr. and Eleanor Hammel | 13 | 08/02/19 | N / A | N / A |
| 19-25471-JNP | Myrna J. Jackson | 13 | 08/09/19 | N / A | N / A |
| 19-25497-CMG | Philip I. Brilliant | 13 | 08/09/19 | N / A | N / A |
| 19-25935-JNP | Robert W Sponagle and Edith M Sponagle | 7 | 08/16/19 | N / A | N / A |
| 19-26434-JNP | Matthew A Montana | 13 | 08/27/19 | N / A | N / A |
| 19-27588-JNP | Marlene L Aikens | 13 | 09/13/19 | N / A | N / A |
| 19-28000-ABA | Jennifer Denise Puelles | 13 | 09/20/19 | N / A | N / A |
| 19-28478-JNP | Phuong T. Huynh | 13 | 09/29/19 | N / A | N / A |
| 19-28717-ABA | Terance C Henderson | 13 | 10/01/19 | N / A | N / A |

| [19-29427-ABA](#) | Matthew J. Meglino and Natalie C. Meglino | 13 | 10/14/19 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/23/2019 13:55:43 | | | |
| **PACER Login:** | bpaccardi1 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: Accardi FName: Brandon Type: aty Open Cases: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |