FITZGERALD & CROUCH, PC
649 NEWARK AVE
JERSEY CITY, NJ 07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 19-23159

Re:  SEAN LEWIS                                                                                  Atty:  FITZGERALD & CROUCH, PC
     160 VIRGINIA AVENUE                                                                                649 NEWARK AVE
     JERSEY CITY, NJ 07305                                                                              JERSEY CITY, NJ 07306

## RECEIPTS AS OF 01/15/2020     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/05/2019 | $533.00 | 6066234000 | 09/06/2019 | $533.00 | 26119850051 |
| 10/22/2019 | $533.00 | 6270827000 | 12/02/2019 | $1,222.00 | 6364399000 |
| 12/09/2019 | $1,222.00 | 6389377000 | 01/06/2020 | $1,222.00 | 6458328000 |

**Total Receipts: $5,265.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $5,265.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 247.66 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACCU REFERENCE MEDICAL LAB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | ADVOCARE TOTAL CARE PEDIATRICS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | CAREPOINT HEALTH PHYSICAN GSHA | UNSECURED | 67.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 4,371.70 | 0.00% | 0.00 | 0.00 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 296.24 | 0.00% | 0.00 | 0.00 |
| 0009 | DEVILLE MGMT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | FEDLOAN SERVICING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | FIRST CREDIT SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | HIGH POINT INSURANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | HIGH POINT SAFETY INS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | LVNV FUNDING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | LIBERTY SAVINGS FEDERAL CREDIT UNI | UNSECURED | 12,569.00 | 0.00% | 0.00 | 0.00 |
| 0021 | REAL TIME RESOLUTIONS | MORTGAGE ARRE | 24,005.78 | 100.00% | 0.00 | 0.00 |
| 0024 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 3,767.55 | 100.00% | 0.00 | 0.00 |
| 0025 | T MOBILE/T-MOBILE USA INC | UNSECURED | 2,708.47 | 0.00% | 0.00 | 0.00 |
| 0026 | TBOM/TOTAL CRD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 27,847.44 | 100.00% | 0.00 | 0.00 |
| 0030 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | T MOBILE/T-MOBILE USA INC | UNSECURED | 3,295.53 | 0.00% | 0.00 | 0.00 |
| 0032 | AMERICAN EXPRESS BANK | UNSECURED | 1,337.33 | 0.00% | 0.00 | 0.00 |
| 0033 | UNITED STATES TREASURY/IRS | UNSECURED | 5,695.35 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-23159**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0034 | STATE OF NEW JERSEY | PRIORITY | 718.12 | 100.00% | 0.00 | 0.00 |
| 0035 | PERFORMANT RECOVERY INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | UNITED STATES TREASURY/IRS | PRIORITY | 3,409.96 | 0.00% | 0.00 | 0.00 |

**Total Paid: $247.66**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $5,265.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $247.66    =    Funds on Hand: $5,017.34

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.