UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840

IN RE:
  SEAN LEWIS

Order Filed on March 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-23159 VFP

Hearing Date: 2/20/2020

Judge: VINCENT F. PAPALIA

**Debtor is Entitled To Discharge**

## AMENDED ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: March 2, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 19-23159 VFP

Caption of Order:     AMENDED ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 10/11/2019, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 8/1/2019, the Debtor shall pay the Standing Trustee

    the sum of $533.00 for a period of 3 month(s), and then

    the sum of $1,222.00 for a period of 57 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $4,750.00. The unpaid balance of the allowed fee in the amount of $4,250.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-23159-VFP
Sean Lewis                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: Mar 02, 2020
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2020.
db            +Sean Lewis,    160 Virginia Avenue,    Jersey City, NJ 07304-1419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:
      Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-H dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Elias Abilheira    on behalf of Creditor    Liberty Savings FCU elias@anlegal.net, G32247@notify.cincompass.com
      James J. Fitzpatrick    on behalf of Debtor Sean  Lewis nickfitz.law@gmail.com, nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Nicholas Fitzgerald    on behalf of Debtor Sean  Lewis Fitz2Law@gmail.com
      Sarah J. Crouch    on behalf of Debtor Sean  Lewis sarahcrouchlaw@gmail.com, nadiafinancial@gmail.com;fitz2law@gmail.com
      Steven P. Kelly    on behalf of Creditor    Bank of America, N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
      William Edward Miller    on behalf of Creditor    Bank of America, N.A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                   TOTAL: 11