UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
FITZGERALD & ASSOCIATES, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Nicholas Fitzgerald, Esq. (NF 6129)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

In Re:
SEAN LEWIS

Case No.: 19-23159
Chapter: 13
Judge: Papalia

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Nicholas Fitzgerald, Esq.__ will be substituted as attorney of record for __Sean Lewis__, _____ in this case.[1]

Date: 02/17/2020

Signature of Former Attorney
Sarah J. Crouch of Fitzgerald + Crouch P.C.

Date: 3/5/2020

Signature of Substituted Attorney[2]
Nicholas Fitzgerald
for Fitzgerald and Associates
Attorneys at Law P.C.

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.