Nicholas Fitzgerald Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK

---------------------------------------X

In re:                                    Chapter : 13
    Sean Lewis                            Case No. 19-23159-VFP

---------------------------------------X

## SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Nicholas Fitzgerald, Esquire will be substituted as attorney of record for the debtor, Sean Lewis

The substituted counsel will be:

Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

Dated: 3/26/2020

James J. Fitzpatrick
Withdrawing Attorney

Nicholas Fitzgerald,
for Fitzgerald & Associates, P.C.
Substituted Counsel

J:\G:\DOC\CERTIFIC.SVC