UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
 By: Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com
Counsel for Debtor

Order Filed on August 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sean Lewis

Debtor

Case No.: 19-23159-VFP

Chapter: 13

Judge: V. F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 18, 2020**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ___Nicholas Fitzgeald of Fitzgerald & Assoc. P.C.___, the applicant, is allowed a fee of $ _____617.00_____ for services rendered and expenses in the amount of $_____Zero_____ for a total of $_____617.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___1,243.00___ per month for ___final 47___ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Sean Lewis  
    Debtor

Case No. 19-23159-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 18, 2020  
                       Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
db             +Sean Lewis,    160 Virginia Avenue,    Jersey City, NJ 07304-1419
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:
        Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
                 behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
                 Series 2006-5 bkecf@milsteadlaw.com, alubin@milsteadlaw.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
                 the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series
                 2006-H dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Elias  Abilheira    on behalf of Creditor    Liberty Savings FCU elias@anlegal.net,
                 G32247@notify.cincompass.com
        Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
                 bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Nicholas  Fitzgerald    on behalf of Debtor Sean  Lewis Fitz2Law@gmail.com
        Steven P. Kelly    on behalf of Creditor    Bank of America, N.A. skelly@sterneisenberg.com,
                 bkecf@sterneisenberg.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William Edward Miller    on behalf of Creditor    Bank of America, N.A. wedwardmiller@gmail.com,
                 bkecf@sterneisenberg.com
                                                                                                                                                    TOTAL: 9