FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  SEAN LEWIS
160 VIRGINIA AVENUE
JERSEY CITY,  NJ  07305

Atty:  FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 19-23159

**NOTE:**  THIS IS A BASE PLAN IN THE AMOUNT OF $71,961.00

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/05/2019 | $533.00 | 6066234000 | 09/06/2019 | $533.00 | 26119850051 |
| 10/22/2019 | $533.00 | 6270827000 | 12/02/2019 | $1,222.00 | 6364399000 |
| 12/09/2019 | $1,222.00 | 6389377000 | 01/06/2020 | $1,222.00 | 6458328000 |
| 04/06/2020 | $1,222.00 | 6693940000 | 05/19/2020 | $1,222.00 | 6801055000 |
| 06/04/2020 | $3,375.00 | 6842916000 | 07/06/2020 | $1,222.00 | 6916251000 |
| 08/10/2020 | $1,228.00 | 7003577000 | 09/28/2020 | $1,350.00 | 7114798000 |
| 10/26/2020 | $1,243.00 | 7179809000 | 12/01/2020 | $250.00 | 26954777733 |
| 12/01/2020 | $1,000.00 | 26954777722 | 12/15/2020 | $1,243.00 | 7308746000 |

**Total Receipts: $18,620.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $18,620.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| REAL TIME RESOLUTIONS | | | | | | |
| | 03/16/2020 | $331.18 | 8,001,456 | 05/18/2020 | $474.67 | 8,001,544 |
| | 07/20/2020 | $1,822.07 | 8,001,663 | 08/17/2020 | $221.56 | 8,001,726 |
| | 09/21/2020 | $490.25 | 8,001,786 | 11/16/2020 | $538.96 | 8,001,906 |
| | 12/21/2020 | $995.28 | 8,001,957 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 03/16/2020 | $51.98 | 844,347 | 05/18/2020 | $74.50 | 848,264 |
| | 07/20/2020 | $285.96 | 851,699 | 08/17/2020 | $34.77 | 853,587 |
| | 09/21/2020 | $76.94 | 855,354 | 11/16/2020 | $84.59 | 859,075 |
| | 12/21/2020 | $156.20 | 860,836 | | | |
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 03/16/2020 | $384.18 | 844,547 | 05/18/2020 | $550.63 | 848,451 |
| | 07/20/2020 | $2,113.65 | 851,885 | 08/17/2020 | $257.02 | 853,774 |
| | 09/21/2020 | $568.71 | 855,545 | 11/16/2020 | $625.21 | 859,251 |
| | 12/21/2020 | $1,154.55 | 861,026 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|

Chapter 13 Case # 19-23159

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,310.36 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,867.00 | 100.00% | 4,867.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACCU REFERENCE MEDICAL LAB | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ADVOCARE TOTAL CARE PEDIATRICS | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAREPOINT HEALTH PHYSICAN GSHA | UNSECURED | 67.00 | * | 0.00 | |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 4,371.70 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 296.24 | * | 0.00 | |
| 0009 | DEVILLE MGMT | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | FIRST CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | HIGH POINT INSURANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | HIGH POINT SAFETY INS | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | LVNV FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | LIBERTY SAVINGS FEDERAL CREDIT UNI | UNSECURED | 12,569.00 | * | 0.00 | |
| 0021 | REAL TIME RESOLUTIONS | MORTGAGE ARRE | 24,005.78 | 100.00% | 4,873.97 | |
| 0024 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 3,767.55 | 100.00% | 764.94 | |
| 0025 | T MOBILE/T-MOBILE USA INC | UNSECURED | 2,708.47 | * | 0.00 | |
| 0026 | TBOM/TOTAL CRD | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 27,847.44 | 100.00% | 5,653.95 | |
| 0030 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | T MOBILE/T-MOBILE USA INC | UNSECURED | 3,295.53 | * | 0.00 | |
| 0032 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,337.33 | * | 0.00 | |
| 0033 | UNITED STATES TREASURY/IRS | UNSECURED | 5,695.35 | * | 0.00 | |
| 0034 | STATE OF NEW JERSEY | PRIORITY | 718.12 | 100.00% | 0.00 | |
| 0035 | PERFORMANT RECOVERY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | UNITED STATES TREASURY/IRS | PRIORITY | 3,409.96 | 100.00% | 0.00 | |

**Total Paid: $17,470.22**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $18,620.00    -    Paid to Claims: $11,292.86    -    Admin Costs Paid: $6,177.36    =    Funds on Hand: $1,149.78

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.