UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:
    Sean Lewis

Case No.: 1923159
Chapter: 13
Adv. No.: 
Hearing Date: 08/19/2021
Judge: PAPALIA

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Nicholas Fitzgerald Esq.__, who represents __Sean Lewis__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __July 21, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Debtor's Counsel's Certification in Opposition to Stay Relief Motion

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 21, 2021

Signature: /s/ (signed)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sean Lewis<br>160 Virginia Avenue<br>Jersey City, NJ 07305 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C.<br>    Attn: Denise Carlon, Esq<br>216 Haddon Avenue, Suite 406<br>Westmont NJ 08108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pellegrino & Pellegrino, LLC<br>290 Route 46 West<br>Denville, NJ 07834 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |