| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Fitzgerald & Associates, P.C.<br>　By: Nicholas Fitzgerald<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>Email: nickfitz.law@gmail.com<br>Phone: (201) 533-1100<br>Counsel for Debtor<br><br>In Re:<br><br>Sean Lewis | Case No.: 19-23159-VFP<br>Chapter: 13<br>Adv. No.: N/A<br>Hearing Date: Aug. 19, 2021<br>Judge: V. F. Papalia |

## CERTIFICATION OF SERVICE

1. I, __Nicholas Fitzgerald__ :

   ☒ represent _____debtor_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On ____July 30, 2021____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Debtor's Counsel's Reply Certificaqint in Opposition to Stay Relief Motion

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 30, 2021                                              _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pellegrino & Feldstein, LLC<br>290 Route 46 West<br>Denville, NJ 07834 | Counsel for real estate tax lienhilder | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email; fax & ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |