Fitzgerald & Associates, P.C.
    By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Email: nickfitz.law@gmail.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
-----------------------------------X
In re:                                             **Chapter 13**

    Sean Lewis                                Case No. 19-23159-VFP

Debtor                                             Hearing Date: Aug. 19, 2021
                                                    Time:  10:00 a.m.

-----------------------------------X

**DEBTOR'S CERTIFICATION IN FURTHER OPPOSITION TO STAY RELIEF MOTION AND IN SUPPORT OF MOTION TO COMPEL**

    I, Sean Lewis, being of full age and being the above named debtor, certify under penalty of perjury that:

    1.  I make this certification at the request of my counsel in further opposition to the stay relief motion which was filed against me by the holder of the tax lien on my real property.

    2.  Today, Monday August 2, 2021, I went to City Hall in Jersey City with payment in the amount of $4,599.31. Specifically, I went to:

City of Jersey City
Department of Administration
Division of Tax Collector's Office
280 Grove Street, # 101
Jersey City, NJ 07302

    3.  Since I have now paid the full $4,599.31 there are no outstanding post-petition real estate taxes, water or sewer

bills.

4. Annexed hereto as Exhibit A is proof of the payment of post-petition (and pre-petition) fees and other costs.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 2, 2021

_____
Sean Lewis
Debtor

Exhibit A

## CITY OF JERSEY CITY
### 280 GROVE ST.
### ROOM# 101
### JERSEY CITY, NJ  07302

8/2/2021 11:27:42 AM

## OUTSIDE LIEN REDEMPTION STATEMENT

Lien Holder: USBANK-CUST TOWER DB VIII 2018-1
50 SOUTH 16TH STREET
PHILADELPHIA, PA            19102

Owner: LEWIS, SEAN
141 CLAREMONT AVE.
JERSEY CITY, N.J.            07305

Property Location: 160 VIRGINIA AVE.
Account #: 286716    Certificate #: 2018-1409

Block: 21001    Lot: 00034    Qual:
Premium: 2,100.00    Bid Percent: .0000    Date of Sale: 12/13/2018    Redemption Date: 08/03/2021

### CERTIFICATE AMOUNT

Principal: 1,462.02    Tax Sale Interest: .00    Cost of Sale: 29.24    Certificate Amount: 1,491.26
There is no Interest on Certificate    .00

### ORIGINAL CERTIFICATE DETAILS

| Bill Type: | Year | Qtr. | Due Date | Principal | Interest | Total |
|---|---|---|---|---|---|---|
| LIEN COST OF SALE BILL | 2018 | 4 | 12/13/2018 | 29.24 | .00 | 29.24 |
| SEWER BILL | 2018 | 4 | 12/13/2018 | 530.55 | .00 | 530.55 |
| WATER BILL | 2018 | 4 | 12/13/2018 | 931.47 | .00 | 931.47 |
|  |  |  | Subtotals : | 1,491.26 | .00 | 1,491.26 |

### REDEMPTION FEES, SUBSEQUENT CHARGES, CURRENT TAXES

| Bill Type: | Year | Qtr. | Due Date | Principal | Interest | Total |
|---|---|---|---|---|---|---|
| STAT PENALTY BILL | 2021 | 3 | 08/03/2021 | 29.83 | .00 | 29.83 |
| LEGAL FEE BILL | 2021 | 3 | 05/28/2021 | 1,220.00 | .00 | 1,220.00 |
| RECORDING FEE BILL | 2021 | 3 | 02/05/2019 | 53.00 | .00 | 53.00 |
| SEARCH FEE BILL | 2021 | 3 | 12/13/2018 | 12.00 | .00 | 12.00 |
| SEWER BILL | 2019 | 1 | 04/15/2019 | 262.09 | 107.78 | 369.87 |
| SEWER BILL | 2019 | 4 | 12/03/2019 | 295.71 | 90.19 | 385.90 |
| WATER BILL | 2019 | 4 | 12/03/2019 | 505.92 | 154.31 | 660.23 |
| LIEN COST OF SALE BILL | 2019 | 4 | 12/03/2019 | 16.03 | 4.89 | 20.92 |
| WATER BILL | 2020 | 1 | 04/20/2020 | 288.15 | 68.15 | 356.30 |
|  |  |  | Subtotals : | 2,682.73 | 425.32 | 3,108.05 |
|  |  |  |  | 4,173.99 | 425.32 | 4,599.31 |

Redemption Good Thru:    08/03/2021    Total Redemption Amount:

** The Above Quote is Subject To Change If Lien Holder Pays Subsequent Delinquent Charges **
** Please Make All Checks Payable To City of Jersey City **
** Payment Must Be Made With Guaranteed Funds; **
** Certified Check, Money Order, or Cashier's Check. **
** Remit Payments To The Above Address -- Attn: Charlene Defilippo **
** Upon redeeming a lien for an LLC you MUST PROVIDE COPY OF "CERTIFICATE OF FORMATION" & "OPERATING AGREEMENT" listing you as an owner **



RECEIVED AUG 2 - 2021 CITY OF JERSEY CITY TAX COLLECTOR



**STEVEN M. FULOP**
MAYOR OF JERSEY CITY

# CITY OF JERSEY CITY
## DEPARTMENT OF TAX COLLECTIONS
CITY HALL | 280 GROVE STREET | JERSEY CITY, NJ 07302
P: 201 547 5124 / 5125
Email: jctaxcollectorinquiry@jcnj.org



**JOANNE SISK, CTC**
TAX COLLECTOR

Today's Date: __8/2/21__

## LIEN REDEMPTION REQUEST

Block #: _____, Lot #: _____, Qual #: _____

Property Location: __160 Virginia ave__

Tax Sale Certificate #: _____

Please calculate figures through __8/3/21__ (date your funds will be RECEIVED @ the Tax Collector's office).

I hereby request redemption figures on the lien referenced above. I certify that I am the OWNER or QUALIFIED PARTY OF INTEREST with legal authority to remit redemption payment on this matter and have enclosed the $20.00 per certificate fee herewith (upon the 3rd request).

Upon redeeming a lien for an LLC you "MUST PROVIDE COPY OF "CERTIFICATE OF FORMATION" & "OPERATING AGREEMENT" listing you as an owner"

I understand that all lien redemption payments must be made IN FULL in the form of GUARANTEED FUNDS (certified/teller/official bank check or money order) made payable to CITY OF JERSEY CITY.

_____          __Sean Lewis__
Signature                                     Printed Name

Legal Standing: _____
                Owner/Lender/Mortgage Co provide loan/contract # & Customer Name

Contact Info: e-mail: __Seanm174@yahoo.com__

**ID REQUIRED**

Phone: __201-912-0439__    Copy of ID

1

**Capital One Bank**

DATE 08/02/2021     FEE     $10.0

ISSUING REGION 081     BRANCH Journal Square     BRANCH DID 46814

FOUR THOUSAND FIVE HUNDRED NINETY NINE DOLLARS AND 31 CENTS

PAY TO THE
ORDER OF:     ***CITY OF JERSEY CITY***

$     4,599.31

RE: SEAN M LEWIS

CUSTOMER COPY
**NON-NEGOTIABLE**
This check may not be replaced until after the 90th day o