Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23159−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Sean Lewis
 160 Virginia Avenue
 Jersey City, NJ 07305

Social Security No.:
 xxx−xx−2509

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 12/16/21
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Nicholas Fitzgerald, Debtor's Attorney,
period: 7/21/2021 to 11/15/2021

COMMISSION OR FEES
$4075.50

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 16, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 19-23159-VFP
Sean Lewis                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Nov 16, 2021      Form ID: 137      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Lewis, 160 Virginia Avenue, Jersey City, NJ 07304-1419 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | Bank of America, N.A., c/o Stern & Eisenberg, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | | Liberty Savings FCU, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| cr | + | US Bank-Cust Tower DB VIII 2018-1, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 518336449 | + | ACCU Reference Medical Lab, 1901 East Linden Avenue, Linden, NJ 07036-1114 |
| 518336450 | + | Advocare Total Care Pediatrics, IC System Inc, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518430915 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518509051 | + | Attorney General, United States Department, of Justic, Ben Franklin Station, PO Box 683 Washington, DC 20044-0683 |
| 518336451 | + | Capital Bank, Attn: Bankruptcy, 1 Church St. # 300, Rockville, MD 20850-4190 |
| 518336453 | + | Chrysler Capital/Santander Consumer, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518457311 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518336457 | + | Deville Mgmt, Attn: Bankruptcy, Po Box 1987, Colleyville, TX 76034-1987 |
| 518336458 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518336459 | + | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518341162 | + | Herman McKinney, 111 Mallory Avenue, Unit 7, Jersey City, NJ 07304-1036 |
| 518336460 | + | High Point Insurance, PO Box 900, Lincroft, NJ 07738-0900 |
| 518336461 | + | High Point Safety Ins, Credit Collection Svc, PO Box 773, Needham Heights, MA 02494-0918 |
| 518495197 | + | Liberty Savings FCU, 666 Newark Avenue, Jersey City, New Jersey 07306-2398 |
| 518336464 | + | Liberty Savings FCU, PO Box 37603, Philadelphia, PA 19101-0603 |
| 518509050 | + | Performant Recovery Inc, PO Box 9045, Pleasanton, CA 94566-9028 |
| 518336468 | + | Quality Asset Recovery, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 518336467 | + | Quality Asset Recovery, Attn: Bankruptcy, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 518336469 | + | Real Time Resolutions, PO Box 840923, Dallas, TX 75284-0923 |
| 518336470 | + | Retro Fitness, 1st Card Services, PO Box 55, 3 Sciles Avenue, Piscataway, NJ 08855-7200 |
| 518336472 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518509049 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |
| 518509055 | + | State of New Jersey, PO Box 445, Trenton, NJ 08603-0445 |
| 518336474 | + | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 518456745 | + | U.S. Bank National Association as trustee on behal, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518336475 | | US Bank National Association, KML Law Group PC, 216 Haddon Avenue, Westmont, NJ 08108 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 16 2021 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 16 2021 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-23159-VFP    Doc 68    Filed 11/18/21    Entered 11/19/21 00:12:09    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: 137 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 518458154 | + | Email/Text: bncmail@w-legal.com | Nov 16 2021 20:32:00 | CarePoint Health - Physican GSHA, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518422988 | + | Email/Text: bankruptcy@cavps.com | Nov 16 2021 20:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518336452 | + | Email/Text: bankruptcy@cavps.com | Nov 16 2021 20:32:00 | Cavalry Spv LLC, Bankruptcy Department, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 518336454 | + | Email/Text: bankruptcy@credencerm.com | Nov 16 2021 20:32:00 | Credence, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518336455 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 16 2021 20:32:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518336456 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 16 2021 20:43:34 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518499484 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 16 2021 20:32:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518336462 | + | Email/Text: ebn@rwjbh.org | Nov 16 2021 20:32:00 | Jersey City Medical Center, 355 Grand Street, Jersey City, NJ 07302-4321 |
| 518336465 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2021 20:43:40 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518336466 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Nov 16 2021 20:43:42 | Midland Mortgage/Midfirst, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 518417004 | | Email/Text: bkdepartment@rtresolutions.com | Nov 16 2021 20:32:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 518336473 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 16 2021 20:43:32 | T-Mobile, Bankruptcy Department, PO Box 53410, Bellevue, WA 98015 |
| 518348258 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 16 2021 20:43:39 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518509053 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Operation, PO Box 21126, Philadelphia, PA 19114 |
| 518509052 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, District Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 518509048 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518509054 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518448773 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518336463 | ##+ | KML Law Group PC, Attorneys At Law, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518336471 | ##+ | Second Look Inc, Edward Morris, 1393 Vetern Hwy, Ste 200S, Hauppauge, NY 11788-3086 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: 137 | Total Noticed: 46 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021                    Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:**

**Name**             **Email Address**

Andrew M. Lubin
 on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Deborah T. Feldstein
 on behalf of Creditor US Bank-Cust Tower DB VIII 2018-1 dfeldstein@caplaw.net

Denise E. Carlon
 on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates  Series 2006-H dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
 on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elias Abilheira
 on behalf of Creditor Liberty Savings FCU elias@anlegal.net  G32247@notify.cincompass.com

Kevin Gordon McDonald
 on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
 magecf@magtrustee.com

Nicholas Fitzgerald
 on behalf of Debtor Sean Lewis fitz2law@gmail.com

Steven P. Kelly
 on behalf of Creditor Bank of America  N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

William Edward Miller
 on behalf of Creditor Bank of America  N.A. wmiller@friedmanvartolo.com, bkecf@sterneisenberg.com

TOTAL: 11