| | | |
|---|---|---|
| NICHOLAS FITZGERALD<br>*Admitted in NY and NJ<br><br>JAMES J. FITZPATRICK<br>*Admitted in NJ | **FITZGERALD & ASSOCIATES, P.C.**<br>**ATTORNEYS AT LAW**<br>**649 NEWARK AVENUE**<br>**JERSEY CITY, NJ 07306**<br>-------------------------------------<br>**TELEPHONE (201) 533-1100**<br>**FAX (201) 533-1111**<br>nickfitz.law@gmail.com | NEW YORK OFFICE<br>521 FIFTH AVENUE, SUITE 3010<br>NEW YORK, NY 10175<br>1800 828 7763<br><br>WEST ORANGE OFFICE<br>6 MAIN STREET<br>WEST ORANGE, NJ 07052<br>(862) 766-5270 |

December 28, 2021

Sean Lewis
160 Virginia Avenue
Jersey City, NJ 07305

Re: Sean Lewis – Chapter 13 – Case No. 19-23159/VFP

Dear Mr. Lewis:

Please be advised that the **Motion Objecting to $1,285.00 in Claimed Post Petition Mortgage Fees, Expenses and Charges filed by U.S. Bank National Association** has been rescheduled from January 20, 2022 at 10:00 am to **February 03, 2022** at **10:00 am**. at the United States Bankruptcy Court, King Federal Building, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102.

If you have any questions regarding this correspondence, please do not hesitate to call me or make an appointment to see Nicholas Fitzgerald, Esq. If you choose to make an appointment, please bring this letter and the correspondence with you when you come in.

Thank you in anticipation for your time and attention hereto.

Sincerely,

Nadia Loftin
Legal Assistant

Encl.
cc: File
    KML Law Group

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Email: nickfitz.law@gmail.com
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey
-----------------------------------X

In re:

    Sean Lewis



Debtor

Chapter 13

Case No. 19-23159-VFP

Hon: Vincent F. Papalia

**NOTICE OF MOTION TO OBJECTING TO $1,285 IN CLAIMED POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

ORAL ARGUMENT REQUESTED
ONLY IF OPPOSITION FILED

HEARING DATE:    February 03, 2022
                          10:00 a.m.

-----------------------------------X

To:

Mr. Sean Lewis
160 Virginia Avenue
Jersey City, NJ 07305


KLM Law Group, P.C.
    Attn: Rebecca A. Solarz, Esq.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Chapter 13 Trustee via Electronic Filing

    The debtor has filed papers with the Court for an Order

Page 1

objecting to the mortgagee's claim for postpetition fees, expenses and charges and for other such relief as the Court may deem appropriate.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to expunge your claim or if you want the Court to consider your views on the motion, then within seven (7) days prior to the scheduled hearing you or your attorney must:

File a written response in opposition to this motion explaining your position(s) and send it to:

Clerk
United States Bankruptcy Court
King Federal Building
50 Walnut Street -- 3rd Floor
Newark, NJ 07102

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Nicholas Fitzgerald
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303

Marie-Ann Greenberg, Standing Trustee
30 Two Bridges Road, Suite 330
PO Box 10215
Fairfield, NJ 07004

**IF YOU OPPOSE THE RELIEF REQUESTED HEREIN YOU SHOULD ATTEND THE HEARING SCHEDULED TO BE HELD BEFORE**

Honorable: Vincent F. Papalia
Date: February 03, 2022
Time: 10:00 a.m.
Place:
United States Bankruptcy Court
King Federal Building
50 Walnut Street -- 3rd Floor, Courtroom 3-B
Newark, NJ 07102

Pursuant to D.N.J. LBR 9013-1 et seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion. A copy of the proposed Order which is sought is enclosed with this Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DATED: December 28, 2021

_____
Nicholas Fitzgerald, Esq.
Attorney for Debtor

Page 3