FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:   SEAN LEWIS                               Atty:   FITZGERALD & ASSOCIATES PC
      160 VIRGINIA AVENUE                              649 NEWARK AVE
      JERSEY CITY,  NJ  07305                          JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 19-23159

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $76,456.04

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/05/2019 | $533.00 | 6066234000 | 09/06/2019 | $533.00 | 26119850051 |
| 10/22/2019 | $533.00 | 6270827000 | 12/02/2019 | $1,222.00 | 6364399000 |
| 12/09/2019 | $1,222.00 | 6389377000 | 01/06/2020 | $1,222.00 | 6458328000 |
| 04/06/2020 | $1,222.00 | 6693940000 | 05/19/2020 | $1,222.00 | 6801055000 |
| 06/04/2020 | $3,375.00 | 6842916000 | 07/06/2020 | $1,222.00 | 6916251000 |
| 08/10/2020 | $1,228.00 | 7003577000 | 09/28/2020 | $1,350.00 | 7114798000 |
| 10/26/2020 | $1,243.00 | 7179809000 | 12/01/2020 | $250.00 | 26954777733 |
| 12/01/2020 | $1,000.00 | 26954777722 | 12/15/2020 | $1,243.00 | 7308746000 |
| 02/08/2021 | $1,243.00 | 7437275000 | 03/01/2021 | $1,243.00 | 7483281000 |
| 03/24/2021 | $1,243.00 | 7547937000 | 04/30/2021 | $1,243.00 | 7632467000 |
| 06/04/2021 | $1,243.00 | 7719816000 | 06/10/2021 | $1,243.00 | 7733809000 |
| 07/19/2021 | $1,243.00 | 7819755000 | 08/12/2021 | $1,243.00 | 7876045000 |
| 09/27/2021 | $1,243.00 | 7972584000 | 10/27/2021 | $1,243.00 | 8040399000 |
| 11/22/2021 | $1,243.00 | 8098665000 | 12/30/2021 | $1,243.00 | 8176016000 |

**Total Receipts: $33,536.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $33,536.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| REAL TIME RESOLUTIONS | | | | | | |
| | 03/16/2020 | $331.18 | 8,001,456 | 05/18/2020 | $474.67 | 8,001,544 |
| | 07/20/2020 | $1,822.07 | 8,001,663 | 08/17/2020 | $221.56 | 8,001,726 |
| | 09/21/2020 | $490.25 | 8,001,786 | 11/16/2020 | $538.96 | 8,001,906 |
| | 12/21/2020 | $995.28 | 8,001,957 | 02/22/2021 | $496.24 | 8,002,077 |
| | 03/15/2021 | $496.24 | 8,002,130 | 04/19/2021 | $496.24 | 8,002,180 |
| | 05/17/2021 | $496.24 | 8,002,233 | 06/21/2021 | $496.24 | 8,002,282 |
| | 07/19/2021 | $1,008.57 | 8,002,346 | 09/20/2021 | $1,008.57 | 8,002,449 |

**Chapter 13 Case # 19-23159**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 03/16/2020 | $51.98 | 844,347 | | 05/18/2020 | $74.50 | 848,264 |
| | 07/20/2020 | $285.96 | 851,699 | | 08/17/2020 | $34.77 | 853,587 |
| | 09/21/2020 | $76.94 | 855,354 | | 11/16/2020 | $84.59 | 859,075 |
| | 12/21/2020 | $156.20 | 860,836 | | 02/22/2021 | $77.88 | 864,265 |
| | 03/15/2021 | $77.88 | 866,250 | | 04/19/2021 | $77.88 | 867,809 |
| | 05/17/2021 | $77.88 | 869,770 | | 06/21/2021 | $77.88 | 871,528 |
| | 07/19/2021 | $158.29 | 873,391 | | 09/20/2021 | $158.29 | 876,801 |
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 03/16/2020 | $384.18 | 844,547 | | 05/18/2020 | $550.63 | 848,451 |
| | 07/20/2020 | $2,113.65 | 851,885 | | 08/17/2020 | $257.02 | 853,774 |
| | 09/21/2020 | $568.71 | 855,545 | | 11/16/2020 | $625.21 | 859,251 |
| | 12/21/2020 | $1,154.55 | 861,026 | | 02/22/2021 | $575.66 | 864,454 |
| | 03/15/2021 | $575.66 | 866,406 | | 04/19/2021 | $575.66 | 867,982 |
| | 05/17/2021 | $575.66 | 869,926 | | 06/21/2021 | $575.66 | 871,687 |
| | 07/19/2021 | $1,169.98 | 873,541 | | 09/20/2021 | $1,169.98 | 876,950 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,242.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,942.50 | 100.00% | 8,397.12 | 545.38 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACCU REFERENCE MEDICAL LAB | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ADVOCARE TOTAL CARE PEDIATRICS | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAREPOINT HEALTH PHYSICAN GSHA | UNSECURED | 67.00 | * | 0.00 | |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 4,371.70 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 296.24 | * | 0.00 | |
| 0009 | DEVILLE MGMT | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | FIRST CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | HIGH POINT INSURANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | HIGH POINT SAFETY INS | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | LVNV FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | LIBERTY SAVINGS FEDERAL CREDIT UNI | UNSECURED | 12,569.00 | * | 0.00 | |
| 0021 | REAL TIME RESOLUTIONS | MORTGAGE ARRE | 24,005.78 | 100.00% | 9,372.31 | |
| 0024 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 3,767.55 | 100.00% | 1,470.92 | |
| 0025 | T MOBILE/T-MOBILE USA INC | UNSECURED | 2,708.47 | * | 0.00 | |
| 0026 | TBOM/TOTAL CRD | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 27,847.44 | 100.00% | 10,872.21 | |
| 0030 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | T MOBILE/T-MOBILE USA INC | UNSECURED | 3,295.53 | * | 0.00 | |
| 0032 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,337.33 | * | 0.00 | |
| 0033 | UNITED STATES TREASURY/IRS | UNSECURED | 5,695.35 | * | 0.00 | |
| 0034 | STATE OF NEW JERSEY | PRIORITY | 718.12 | 100.00% | 0.00 | |
| 0035 | PERFORMANT RECOVERY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | UNITED STATES TREASURY/IRS | PRIORITY | 3,409.96 | 100.00% | 0.00 | |

Total Paid: $32,355.15
See Summary

**Chapter 13 Case # 19-23159**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $33,536.00    -    Paid to Claims: $21,715.44    -    Admin Costs Paid: $10,639.71    =    Funds on Hand: $1,180.85

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.