Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23159−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sean Lewis
    160 Virginia Avenue
    Jersey City, NJ 07305

Social Security No.:
    xxx−xx−2509

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/19/22 at 10:00 AM

to consider and act upon the following:

*78* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/10/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*80* − Certification in Opposition to (related document:78 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/10/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Nicholas Fitzgerald on behalf of Sean Lewis. (Fitzgerald, Nicholas)

Dated: 5/6/22

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Sean Lewis  
    Debtor

Case No. 19-23159-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 06, 2022 | Form ID: ntchrgbk | Total Noticed: 5 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Lewis, 160 Virginia Avenue, Jersey City, NJ 07304-1419 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | Bank of America, N.A., c/o Stern & Eisenberg, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | | Liberty Savings FCU, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| cr | + | US Bank-Cust Tower DB VIII 2018-1, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Deborah T. Feldstein | |
| | on behalf of Creditor US Bank-Cust Tower DB VIII 2018-1 dfeldstein@caplaw.net |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2006-H dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: ntchrgbk | Total Noticed: 5 |

Elias Abilheira
    on behalf of Creditor Liberty Savings FCU elias@anlegal.net G32247@notify.cincompass.com

Kevin Gordon McDonald
    on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Michael J. Milstead
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 michael@milsteadlaw.com

Nicholas Fitzgerald
    on behalf of Debtor Sean Lewis fitz2law@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2006-H rsolarz@kmllawgroup.com

Steven P. Kelly
    on behalf of Creditor Bank of America N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William Edward Miller
    on behalf of Creditor Bank of America N.A. wmiller@friedmanvartolo.com, bkecf@sterneisenberg.com

TOTAL: 13