UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James J. Fitzpatrick, Esq. JF/7028
Fitzgerald & Associates
649 Newark Avenue
Jersey City, NJ 07306
(201)533-1100
Attorney for Debtor

In Re:

Sean Lewis

Case No.: 19-23159
Chapter: 13
Hearing Date: May 19, 2022
Judge: Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Opposition to trustee certification of default at docket no. 80.

Date: May 17, 2022

Signature: /s/ J. Fitzpatrick

*rev.8/1/15*