Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−23159−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sean Lewis
   160 Virginia Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−2509

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/23/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 23, 2022
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sean Lewis  
    Debtor

Case No. 19-23159-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: May 23, 2022      Form ID: 148      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Lewis, 160 Virginia Avenue, Jersey City, NJ 07304-1419 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | Bank of America, N.A., c/o Stern & Eisenberg, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | | Liberty Savings FCU, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| cr | + | US Bank-Cust Tower DB VIII 2018-1, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 518336449 | + | ACCU Reference Medical Lab, 1901 East Linden Avenue, Linden, NJ 07036-1114 |
| 518336450 | + | Advocare Total Care Pediatrics, IC System Inc, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518509051 | + | Attorney General, United States Department, of Justic, Ben Franklin Station, PO Box 683 Washington, DC 20044-0683 |
| 518336451 | + | Capital Bank, Attn: Bankruptcy, 1 Church St. # 300, Rockville, MD 20850-4190 |
| 518336453 | + | Chrysler Capital/Santander Consumer, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518336457 | + | Deville Mgmt, Attn: Bankruptcy, Po Box 1987, Colleyville, TX 76034-1987 |
| 518336459 | + | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518341162 | + | Herman McKinney, 111 Mallory Avenue, Unit 7, Jersey City, NJ 07304-1036 |
| 518336460 | + | High Point Insurance, PO Box 900, Lincroft, NJ 07738-0900 |
| 518336461 | + | High Point Safety Ins, Credit Collection Svc, PO Box 773, Needham Heights, MA 02494-0918 |
| 518495197 | + | Liberty Savings FCU, 666 Newark Avenue, Jersey City, New Jersey 07306-2398 |
| 518336464 | + | Liberty Savings FCU, PO Box 37603, Philadelphia, PA 19101-0603 |
| 518509050 | + | Performant Recovery Inc, PO Box 9045, Pleasanton, CA 94566-9028 |
| 518336468 | + | Quality Asset Recovery, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 518336467 | + | Quality Asset Recovery, Attn: Bankruptcy, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 518336469 | + | Real Time Resolutions, PO Box 840923, Dallas, TX 75284-0923 |
| 518336470 | + | Retro Fitness, 1st Card Services, PO Box 55, 3 Sciles Avenue, Piscataway, NJ 08855-7200 |
| 518509049 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |
| 518509055 | + | State of New Jersey, PO Box 445, Trenton, NJ 08603-0445 |
| 518336474 | + | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 518456745 | + | U.S. Bank National Association as trustee on behal, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518336475 | | US Bank National Association, KML Law Group PC, 216 Haddon Avenue, Westmont, NJ 08108 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 23 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 23 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518430915 | | Email/PDF: bncnotices@becket-lee.com | May 23 2022 20:44:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| 518336451 | ^ MEBN | | May 23 2022 20:32:14 | Capital Bank, Attn: Bankruptcy, 1 Church St. # 300, Rockville, MD 20850-4190 |
|---|---|---|---|---|
| 518458154 | + | Email/Text: bncmail@w-legal.com | May 23 2022 20:33:00 | CarePoint Health - Physican GSHA, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518422988 | + | Email/Text: bankruptcy@cavps.com | May 23 2022 20:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518336452 | + | Email/Text: bankruptcy@cavps.com | May 23 2022 20:34:00 | Cavalry Spv LLC, Bankruptcy Department, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 518336454 | + | Email/Text: bankruptcy@credencerm.com | May 23 2022 20:34:00 | Credence, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518336455 | + | EDI: CCS.COM | May 24 2022 00:38:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518336456 | + | Email/PDF: creditonebknotifications@resurgent.com | May 23 2022 20:43:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518499484 | + | EDI: IRS.COM | May 24 2022 00:38:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518457311 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 23 2022 20:34:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518336458 | + | Email/Text: bncnotifications@pheaa.org | May 23 2022 20:33:00 | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518336459 | ^ MEBN | | May 23 2022 20:32:20 | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518336462 | + | Email/Text: ebn@rwjbh.org | May 23 2022 20:34:00 | Jersey City Medical Center, 355 Grand Street, Jersey City, NJ 07302-4321 |
| 518336465 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2022 20:43:58 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518336466 | + | EDI: AISMIDFIRST | May 24 2022 00:38:00 | Midland Mortgage/Midfirst, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 518417004 | | Email/Text: bkdepartment@rtresolutions.com | May 23 2022 20:33:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 518336472 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 23 2022 20:34:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518336473 | | EDI: AISTMBL.COM | May 24 2022 00:38:00 | T-Mobile, Bankruptcy Department, PO Box 53410, Bellevue, WA 98015 |
| 518348258 | + | EDI: AIS.COM | May 24 2022 00:38:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518509053 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Operation, PO Box 21126, Philadelphia, PA 19114 |
| 518509052 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, District Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 518509048 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| 518509054 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518448773 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518336463 | ##+ | KML Law Group PC, Attorneys At Law, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518336471 | ##+ | Second Look Inc, Edward Morris, 1393 Vetern Hwy, Ste 200S, Hauppauge, NY 11788-3086 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Deborah T. Feldstein | on behalf of Creditor US Bank-Cust Tower DB VIII 2018-1 dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2006-H dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elias Abilheira | on behalf of Creditor Liberty Savings FCU elias@anlegal.net G32247@notify.cincompass.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael J. Milstead | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 michael@milsteadlaw.com |
| Nicholas Fitzgerald | on behalf of Debtor Sean Lewis fitz2law@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2006-H rsolarz@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor Bank of America N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William Edward Miller | on behalf of Creditor Bank of America N.A. wmiller@friedmanvartolo.com, bkecf@sterneisenberg.com |

TOTAL: 13